◼ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v MAURICE BURGESS, Defendant. [957 NYS2d 896]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the County Court, Westchester County, rendered August 15, 2002.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Rivera, J.P., Chambers, Roman and Cohen, JJ., concur.